United States District Court
Middle District of Florida
Jacksonville Division

**ROBERT MARK YOUNG, III,**

    *Plaintiff,*

v.                                                                        **NO. 3:21-cv-260-BJD-PDB**

**USAA FEDERAL SAVINGS BANK,**

    *Defendant.*

_____

# Order

The Court **denies** without prejudice the plaintiff's 63-page motion to compel, D20, because he failed to seek leave to file a motion of more than 25 pages. *See* Local Rule 3.01(a) (providing that a motion must be no longer than 25 pages and that a motion for leave to exceed the page limit "must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed motion; and must not include the proposed motion").

The plaintiff may renew his motion by filing a motion that complies with the Local Rules, after conferring with the defendant's counsel in a good faith effort to resolve the motion. If counsel is unavailable, the plaintiff after filing the renewed motion must try diligently for three days to contact counsel and must promptly supplement the motion with a statement certifying whether the parties have resolved all or part of the motion. Failure to timely supplement can result in denial of the motion without prejudice.

The plaintiff sent the email attached to this order to the clerk's office. The email is primarily directed to the defendant's counsel but includes a

request of this Court. Because the email does not comply with the Federal Rules of Civil Procedure or the Local Rules, the Court will not consider the email as a motion.

**Ordered** in Jacksonville, Florida, on August 11, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Robert Mark Young, III
     66 Smith Trl
     Palm Coast, FL 32164